IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 5:25-CR-50-CAR-CHW |
| DARIUS JARON BLOW, : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Darius Jaron Blow's Unopposed Motion to Continue [Doc. 20] the pretrial conference scheduled for December 22, 2025, and the trial scheduled for January 13, 2026, to the next available term before this Court. On November 18, 2025, the Grand Jury returned a four-count indictment charging Defendant with two counts of felony possession of a firearm, possession of a stolen firearm, and possession of a controlled substance.[1] On December 10, 2025, Defendant was appointed counsel and pled not guilty at his initial appearance.[2] On December 16, 2025, the U.S. Magistrate Judge ordered Defendant be detained pending trial.[3] This case has not been previously continued, and the Government does not oppose this request for a continuance.

---

[1] Doc. 1.
[2] Doc. 11; Doc. 12.
[3] Doc. 19.

1

Defense counsel represents she received discovery on December 17, 2025, and additional time is needed to review discovery, conduct defense investigations, and discuss the evidence and any potential defenses with Defendant. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 20], and **HEREBY ORDERS** that this case be continued until March 24, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 18th day of December, 2025.

                                                        s/ C. Ashley Royal_____
                                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                                        UNITED STATES DISTRICT COURT